UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Delane Wells

                               Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 mj 12527
21 cr 34

Defendant __Delane Wells__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

(Mr. Wells authorized Benjamin Gold to affix his electronic signature on this form during a videoconference on December 22, 2020)
*Delane Wells*

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Delane Wells
_____
Print Defendant's Name

*Ben G*

_____
Defendant's Counsel's Signature

Benjamin Gold
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/20/21
_____
Date

*Andrew Krause*
_____
~~U.S. District Judge~~/U.S. Magistrate Judge