USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DELANE WELLS,

                       Defendant.

No. 21-CR-34-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Because the defendant has an open state-court matter and prolonged delays will hinder the defendant's ability to ask the state-court judge for a concurrent sentence, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Delane Wells can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Delane Wells be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 12.

Dated:    February 12, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge