## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 2/16/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

            Plaintiff                 **SCHEDULING ORDER**

   -against-                     7:21-cr-00034-NSR

Delane Wells
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Change of Plea Hearing.for 2/26/2021 at 11 am  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  February 16,2021
        White Plains, New York

                                  SO ORDERED:

                                  s/       PED
                                  _____

                                  PAUL E. DAVISON
                                  United States Magistrate Judge