UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

        -against-                                **SCHEDULING ORDER**

Delane Wells,                                    21 CR 34 (NSR) (AEK)

                              Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        A change-of-plea hearing in this matter has been scheduled for **Thursday, February 24, 2021, at 11:00 a.m.** before Magistrate Judge Krause.

        Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

        Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  February 22, 2021
           White Plains, New York

                                                      **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge