UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Delane Wells

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-34 (NSR)

Defendant __Delane Wells__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_X_    Plea        (Mr. Wells authorized Benjamin Gold to affix his signature to this form)

*Delane Wells*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Delane Wells
Print Defendant's Name

*Ben G*
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/25/21
Date

U.S. District Judge/U.S. Magistrate Judge