UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,              **MEMORANDUM**

      -against-                                7:21-cr-00034-NSR

Delane Wells                     Defendant.
-------------------------------------------------------------x

TO: <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the 2/25/2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 31, 2021
       White Plains, New York

                                                      Respectfully Submitted,

                                                      s/ Paul E. Davison

                                                      _____
                                                      PAUL E. DAVISON
                                                      United States Magistrate Judge